

# Missouri Court of Appeals
## Southern District

## JANUARY 11, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33978

      Re:    IN THE INTEREST OF G.A.M.,
             C.D.M.,
             Appellant,
             vs.
             GREENE COUNTY JUVENILE OFFICE,
             Respondent.

2.    Case No.  SD33735

      Re:    IN THE MATTER OF:
             THE CARE AND TREATMENT
             OF RODNEY SWEARENGIN,
             a/k/a RODNEY L. SWEARENGIN,
             a/k/a RODNEY LEE SWEARENGIN,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.